

**SO ORDERED.**
**SIGNED this 3rd day of October, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Antonio Dwayne Williams** | ) | **Case No. 1:19-bk-12593-NWW** |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

**ORDER DISMISSING CASE**

This matter came on for hearing on the U.S. Trustee's Motion to Dismiss pursuant to 11 U.S.C. § 707(a). The Court finds that the motion is well-taken. The pending case is dismissed.

# # #

APPROVED FOR ENTRY:

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

/s/ Nicholas B. Foster
Nicholas B. Foster
Trial Attorney, TN BPR 027230
U.S. Department of Justice
Office of the U.S. Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153
Nick.Foster@usdoj.gov